# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3745

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Jordan E. Minette, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: December 16, 2009
Filed: December 17, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

After the district court[1] denied his motion to suppress, Jordan E. Minette conditionally pleaded guilty to transporting child pornography in interstate commerce, in violation of 18 U.S.C. § 2252; he reserved the right to appeal the denial of the suppression motion. The court sentenced Minette to 108 months in prison and 20 years of supervised release, and imposed a $15,000 fine. On appeal, his counsel has

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.

moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967). Counsel argues that the district court erred in denying the suppression motion, but we conclude that the court's factual findings were not clearly erroneous, and its legal conclusion was correct.  <u>See</u> <u>United States v. Stevens</u>, 530 F.3d 714, 717 (8th Cir.) (standard of review), <u>cert. denied</u>, 129 S. Ct. 654 (2008).

We have carefully reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we have found no nonfrivolous issues.  Accordingly, we affirm.  We grant counsel's motion to withdraw.

_____